# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KEVIN MYLES, II ) | Case No: 04-80010 |
| ) | USM No: 32379-039 |
| Date of Previous Judgment: 1/20/05 ) | Nancy McGunn |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 1/20/05 months **is reduced to** TIME SERVED.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 25          Amended Offense Level: 23
Criminal History Category: III       Criminal History Category: III
Previous Guideline Range: 70 to 87 months    Amended Guideline Range: 57 to 71 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 1/20/05 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 31, 2008

                                            /s/ Patrick J. Duggan
                                            Judge's signature
                                            PATRICK J. DUGGAN
Effective Date: _____                 U.S. DISTRICT JUDGE
(if different from order date)              Printed name and title